# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ] | CASE NO. 22-12068 |
| ] | CHAPTER 13 |
| Steven Conner, ] | JUDGE David D. Cleary |
| Sheila Conner; ] | |
| ] | |
| Debtor(s). | |

### NOTICE OF DEFAULT UNDER ORDER

We represent Associated Bank, N.A. in the case cited above. On September 8, 2024, Bankruptcy Judge David D. Cleary signed the attached Agreed Order Conditioning the Automatic Stay which was entered September 11, 2023 as docket entry #47.

PLEASE TAKE NOTICE that our client's records show that the above debtor(s) has/have not complied with the terms in paragraph No(s) 2 of the attached Order. The default is now $8,246.38. This amount includes the post-petition payments from 4/1/2024 – 5/1/2024 of $4,938.83 each and $100.00 service fee, minus a suspense balance of $1,631.28.

Unless Associated Bank, N.A. receives the amount of $8,246.38 by June 14, 2024, or within 14 days from the date this notice, the automatic stay shall terminate as to the real estate commonly known as 200 SOUTH HUMPHRY AVENUE, OAK PARK, ILLINOIS 60304. Acceptance of partial payments will not constitute a waiver of Associated Bank, N.A. rights to pursue the default in the event the partial payments are not enough to cure the entire default.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024 a true and correct copy of the foregoing "NOTICE OF DEFAULT UNDER ORDER" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Justin R. Storer, Debtor's Counsel

And by regular US Mail, postage pre-paid on:

    Steven Conner, 200 S. Humphrey Ave., Oak Park, IL 60302
    Sheila Conner, 200 S. Humphrey Ave., Oak Park, IL 60302


    /s/ Scott D. Nabke

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: 1466-197240